## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | | |
|---|---|---|
| SECURUS TECHNOLOGIES, INC. | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Case No. 3:12-CV-191-CRS-DW** |
| v. | § | |
| | § | |
| COMBINED PUBLIC | § | |
| COMMUNICATIONS, INC. | § | |
| | § | |
| **Defendant** | § | |

## ORDER OF DISMISSAL

The Plaintiff, Securus Technologies, Inc. ("Securus"), and the Defendant, Combined Public Communications, Inc. ("CPC"), by counsel, having filed a Stipulation of Dismissal as to all claims pending between them, and having previously entered into their Confidential Settlement Agreement providing for the dismissal of all claims made against and between Securus and CPC;

IT IS HEREBY ORDERED that the Complaint filed herein is hereby dismissed with prejudice, all parties to bear their own costs and fees.

April 1, 2013

**Charles R. Simpson III, Senior Judge**
**United States District Court**